[Dordst] [ORDER SCHEDULING TRIAL]

ORDERED.

Dated: May 25, 2018


Cynthia C. Jackson
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:

Carter Tabernacle Christian Methodist Episcopal Church, Inc.
aka Carter Tabernacle CME Church

Case No. 6:16–bk–06350–CCJ
Chapter 11

_____Debtor*_____/

ORDER SCHEDULING TRIAL

The trial in the contested matter arising from the Motion to Approve Compromise of Controversy or Settlement Agreement (Document No. 224) filed by the Debtor, will be held on July 12, 2018 , at 02:45 PM in Courtroom 6D, 6th Floor, George C. Young Courthouse, 400 West Washington Street, Orlando, FL 32801 , before the Honorable Cynthia C. Jackson, , United States Bankruptcy Judge. Accordingly, it is

**ORDERED**:

1. **Witness List.** The parties shall exchange names and addresses of witnesses within 14 days of the date of entry of this Order.

2. **Exhibits.** Parties shall comply with all requirements of Local Rules 7001–1 and 9070–1 concerning Exhibits. Parties shall exchange exhibits no later than seven days before the date set for trial.

   (a) **Objections to Authenticity.** Unless written objection to authenticity is filed with the Court and served by email no later than the close of business on the second business day before trial, copies of exhibits will be admitted in lieu of the originals.

   (b) **Self–Authentication.** If a party intends to rely upon the self–authentication procedures of Fed. R. Evid. 902(11) or (12) with respect to the introduction into evidence of records of regularly conducted activities pursuant to Fed. R. Evid. 803(6), the party shall file with the Court and serve on other parties the written declaration required by Fed. R. Evid. 902(11) or (12) and a copy of all records sought to be admitted at least 28 days before trial.

3. **Discovery Cutoff.** Parties shall complete discovery no later than seven days before the trial date except that parties may complete previously scheduled depositions up to the trial date.

4. **Discovery Disputes.** The parties shall first confer in good faith to resolve any discovery disputes. If unsuccessful, any party may request a telephone conference with the Court so that the Court may render an informal, preliminary ruling on the discovery dispute, without prejudice to the right of any party to file a formal motion.

5. **Meet and Confer Requirement.** Counsel for all parties shall confer within seven days prior to the trial and seek in good faith to settle the case.

6. **Additional deadlines.** None

Avoid delays. You are reminded that Local Rule 5073–1 restricts the entry of cellular telephones and, except in Orlando, computers into the Courthouse absent a specific order of authorization issued beforehand by the presiding judge, a valid Florida Bar identification card, or *pro hac vice* order. Please take notice that as an additional security measure a photo ID is required for entry into the Courthouse.

The Clerk's office is directed to serve a copy of this order on interested parties.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.